SHEUERMAN,MARTINI LAW Fax:4082959900    Jul 5 2005 11:11    P.02

**FILED**

JUL X 5 2005

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

1  Alan L. Martini  SB#77316
   SHEUERMAN, MARTINI & TABARI
2  A Professional Corporation
   1033 Willow Street
3  San Jose, CA 95125
   (408) 288-9700
4  Fax: (408) 295-9900

5  Attorneys for Defendant, SUTTER LAKESIDE HOSPITAL

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARY LOU CAVENDER,<br><br>  Plaintiff,<br><br>v.<br><br>SUTTER LAKESIDE HOSPITAL, INC. and Does 1 through XXX,<br><br>  Defendants. | No. C-04-03110 MMC<br><br>**STIPULATION TO A CONTINUANCE OF THE SETTLEMENT CONFERENCE AND ~~PROPOSED~~ ORDER** |

IT IS HEREBY STIPULATED BY AND BETWEEN THE PARTIES HERETO, by and between their counsel, as follows:

Neither party received notice of the settlement conference and defendant, Sutter Lakeside Hospital has recently filed a motion for summary judgment, which is scheduled to be heard on August 5, 2005, which date the parties have now stipulated to be continued to September 2, 2005.

IT IS SO STIPULATED through counsel of record:

Dated: July 5, 2005                MASSA & ASSOCIATES

                                   By: _____
                                   Richard J. Massa
                                   Attorneys for Plaintiff
                                   MARY LOU CAVENDER

STIPULATION AND ORDER

Dated: July 5, 2005

SHEUERMAN, MARTINI & TABARI

By: /s/ Alan L. Martini
Alan L. Martini
Attorneys for Defendant
SUTTER LAKESIDE HOSPITAL

## ORDER

IT IS HEREBY ORDERED that the settlement conference is continued from July 8, 2005 to August 26, 2005 at 1:30 p.m.

Dated: July 5, 2005

Elizabeth D. Laporte
U.S. Magistrate Judge

STIPULATION AND ORDER