1  Alan L. Martini  SB#77316
   SHEUERMAN, MARTINI & TABARI
2  A Professional Corporation
   1033 Willow Street
3  San Jose, CA 95125
   (408) 288-9700
4  Fax: (408) 295-9900

5  Attorneys for Defendant, SUTTER LAKESIDE HOSPITAL

6

7
                    UNITED STATES DISTRICT COURT
8                   NORTHERN DISTRICT OF CALIFORNIA

9
   MARY LOU CAVENDER,                )   No. C-04-03110 MMC
10                                   )
              Plaintiff,             )   STIPULATION TO A
11                                   )   CONTINUANCE OF
   v.                                )   DEFENDANT, SUTTER
12                                   )   LAKESIDE HOSPITAL'S
   SUTTER LAKESIDE HOSPITAL, INC. and )  MOTION FOR SUMMARY
13 Does 1 through XXX,                )  JUDGMENT AND
                                     )   DEFENDANT'S DISCLOSURE
14            Defendants.            )   OF EXPERTS AND PROPOSED
                                     )   ORDER
15                                   )
                                     )
16 _____ )

17

18         IT IS HEREBY STIPULATED BY AND BETWEEN THE PARTIES HERETO, by and

19 between their counsel, as follows:

20         1.     Defendant Sutter Lakeside Hospital's Motion for Summary Judgment is continued from

21 August 5, 2005 to September 2, 2005 at 9:00 a.m. in Courtroom 7, 19th Floor, before the Honorable

22 Maxine M. Chesney.

23         2.     Defendant, Sutter Lakeside Hospital's expert disclosure is now due on September 26,

24 2005.

25

26

27

28

                                              1
                                    STIPULATION AND ORDER

1  IT IS SO STIPULATED through counsel of record:

2  Dated: July 5, 2005    MASSA & ASSOCIATES

3  By: _____
   Richard J. Massa
4  Attorneys for Plaintiff
   MARY LOU CAVENDER

6  Dated: July 5, 2005    SHEUERMAN, MARTINI & TABARI

7  By: _____
   Alan L. Martini
8  Attorneys for Defendant
9  SUTTER LAKESIDE HOSPITAL

## ORDER

IT IS HEREBY ORDERED that defendant, Sutter Lakeside Hospital's motion for summary judgment is continued to September 2, 2005 at 9:00 a.m., and defendant's expert disclosure is continued to September 26, 2005.

**APPROVED**
Judge Maxine M. Chesney

Dated: July 5, 2005

MAXINE M. CHESNEY
U.S. DISTRICT COURT JUDGE