| | |
|---|---|
| 1 | RICHARD J. MASSA, SBN 44292 |
| 2 | ***MASSA & ASSOCIATES***<br>101 South Main Street |
| 3 | Lakeport, CA 95453<br>(707) 262-0230 |
| 4 | FAX 262-1028 |
| 5 | Attorneys for Plaintiff<br>MARY LOU CAVENDER |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| MARY LOU CAVENDER, | ) | CASE NO. **C 04-03110 MMC** |
| | ) | |
| Plaintiff, | ) | STIPULATION OF COUNSEL, and ~~Proposed Order,~~ EXTENDING SETTLEMENT CONFERENCE DATE and various PRETRIAL PREPARATION DEADLINES |
| vs. | ) | |
| SUTTER LAKESIDE HOSPITAL, INC., and DOES ONE through THIRTY, | ) | |
| Defendants. | ) | |

WHEREAS:

(1) The settlement conference is now scheduled to take place on August 6, 2005, a week prior to the hearing of defendant's MOTION FOR SUMMARY JUDGMENT, and no settlement offer is likely to be made prior to disposition of said motion, the parties hereto request that the deadline for holding the settlement conference be extended to and including September 23, 2005;

(2) Scheduling conflicts, uncompleted essential discovery and prior changes in the Pretrial Preparation schedule have rendered the present schedule unworkable, the parties request the following modifications:

a. Non-expert discovery to be extended from August 22, to September 23, 2005, and that

b. Expert discovery to be extended from September 12 to September 30, 2005.

It is so stipulated through counsel of record:

SHEUERMAN, MARTINI & TABARI

DATED: July 22, 2005        By: /s/
                             Alan Martini, Attorney For Defendant Sutter Lakeside Hospital

MASSA & ASSOCIATES

DATED: July 20, 2005        By: /s/
                             Richard J. Massa, Attorney FOR Plaintiff Mary Lou Cavender

## ORDER

**Based upon the above stipulation of counsel and good cause appearing therefor,**

**IT IS SO ORDERED.,** with the exception that counsel shall contact Magistrate Judge Laporte's chambers to reschedule the settlement conference, as Magistrate Judge Laporte is unavailable September 23, 2005.

**Dated:** July 25, 2005        /s/ Maxine M. Chesney
                                 **MAXINE M. CHESNEY**
                                 **U. S. DISTRICT COURT JUDGE**