UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

MARY LOU CAVENDER,

    Plaintiff,

    v.

SUTTER LAKESIDE HOSPITAL

    Defendant.
_____/

No. C-04-03110 MMC (EDL)

NOTICE OF CONTINUANCE
OF SETTLEMENT CONFERENCE

TO ALL PARTIES AND COUNSEL OF RECORD:

You are hereby notified that the conference scheduled for August 26, 2005 in Courtroom E, 15th Floor, 450 Golden Gate Avenue, San Francisco, California has been continued until **September 15, 2005 at 1:15 p.m.**

On or before September 8, 2005, the parties shall delivery directly to the Magistrate Judge a Confidential Settlement Conference Statement which shall not be filed with the Clerk of the Court or served upon other parties. All other provisions of the Court's prior Notice of Settlement Conference and Settlement Conference Order remain in effect.

The parties shall notify Magistrate Judge Laporte's chambers immediately if this case settles prior to the date set for settlement conference.

Dated: August 18, 2005

                                            *Elizabeth D. Laporte*
                                          ELIZABETH D. LAPORTE
                                          United States Magistrate Judge