United States District Court

For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARY LOU CAVENDER, | No. C 04-3110 MMC |
|     Plaintiff, | **ORDER CONTINUING STATUS CONFERENCE** |
|   v. | |
| SUTTER LAKESIDE HOSPITAL, | |
|     Defendant. | |

In light of the pending motion for summary judgment, scheduled for hearing on September 2, 2005, the Status Conference in the above-titled action is hereby CONTINUED from August 26, 2005 to September 23, 2005. A Joint Status Conference Statement shall be filed no later than September 19, 2005.

**IT IS SO ORDERED.**

Dated: August 23, 2005

MAXINE M. CHESNEY
United States District Judge